IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TOMMY ROBINSON,
   Plaintiff,

v.

UNKNOWN NAME PERSON IN CHARGE,
   CORIZON HEALTH CARE,
BRENDA REESE,
DR. BERNARD McQUILLAN,
DR. PAUL GOODMAN,

   Defendants.

Civil Action No. DKC-19-2997

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 11th day of January, 2021, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Plaintiff's motion titled "Motion to Court for Emergency Investigation and Appointment of Counsel ASAP" (ECF No. 57-4 at 32) BE, and the same hereby IS, DENIED;

2. Plaintiff's motion for the appointment of counsel (ECF No. 36) BE, and the same hereby IS, DENIED;

3. Defendants' motions to dismiss or for summary judgment (ECF Nos. 26, 27, & 30), construed as motions for summary judgment, ARE GRANTED;

4. Judgment BE, and the same hereby IS, ENTERED against Plaintiff Tommy Robinson and in favor of Defendants on all claims in Plaintiff's complaint as supplemented; and

5. The Clerk SHALL SEND a copy of this Order and the Memorandum Opinion to Plaintiff and to counsel of record and CLOSE this case.

                                        _____/s/_____
                                        DEBORAH K. CHASANOW
                                        United States District Judge